McDonald v State of New York (2026 NY Slip Op 01661)

McDonald v State of New York

2026 NY Slip Op 01661

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, SMITH, NOWAK, AND DELCONTE, JJ.

115 CA 25-00012

[*1]SHERRY MCDONALD, CLAIMANT-APPELLANT,
TvHE STATE OF NEW YORK, DEFENDANT-RESPONDENT. (APPEAL NO. 2.) (CLAIM NO. 136311.) 

MICHAEL JOS. WITMER, ROCHESTER, FOR CLAIMANT-APPELLANT.
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (RACHEL RAIMONDI OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from a corrected judgment of the Court of Claims (J. Scott Odorisi, J.), entered July 30, 2024, in a claim for unjust conviction and imprisonment. The corrected judgment dismissed the claim. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in McDonald v State of New York ([appeal No. 1] — AD3d — [Mar. 20, 2026] [4th Dept 2026]).
Entered: March 20, 2026
Ann Dillon Flynn
Clerk of the Court